RYAN GILLE, Bar No. 262105
KULUVA, ARMIJO & GARCIA
One California Street, Suite 1150
San Francisco, CA  94111
(415) 273-6500
(415) 273-6535

Attorneys for Defendant
Community Loans of America, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE OVERLAND,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMUNITY LOANS OF AMERICA, INC.;<br>AND FAST AUTO & PAYDAY LOANS, INC.,<br>DOES 1 TO 20,<br><br>    Defendants. | CASE NO. 2:16-CV-3046 KJM CMK<br><br>[Shasta County Superior Court, Action No. 186236]<br><br>**ORDER REMANDING THE CASE TO CALIFORNIA SUPERIOR COURT** |

    IT IS HEREBY ORDERED, pursuant to the stipulation of the parties as set forth above, that that the matter be remanded back to the Superior Court of California, County of Shasta.

DATED:  January 26, 2017

_____
UNITED STATES DISTRICT JUDGE